## Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue, 28th Floor**
**New York, New York 10178**
**Tel. No: (212) 643-7000**
**Fax No: (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel. No: (973) 643-7000
Fax No: (973) 643-6500

**Tyler J. Kandel**
**Member**
**Admitted In NY, NJ**
**Direct Dial: (212) 500-1512**
**E-Mail: tkandel@sillscummis.com**

100 Overlook Center
2nd Floor
Princeton, NJ 08540
Tel. No: (609) 227-4600
Fax No: (609) 227-4646

October 2, 2019

<u>**VIA ECF**</u>
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

      Re:   *Kyle Piunti vs. JPMorgan Chase Bank, N.A.*
              **Case No: 1:19-cv-2483 (PGG) (KHP)**

Dear Judge Parker:

      We represent defendant, JPMorgan Chase Bank, N.A. ("Chase"), in the above-referenced action (the "Action"). We respectfully submit this letter in accordance with Your Honor's Report and Recommendation (the "Report and Recommendation"), filed in this Action on October 1, 2019, recommending that the Action be dismissed for failure to prosecute, pursuant to Federal Rules of Civil Procedure Rule 41(b).

      As directed in the Report and Recommendation, Chase's counsel has served plaintiff, *Pro Se,* Kyle Piunti ("Plaintiff"), with a copy of the Report and Recommendation at Plaintiff's last known address by regular mail. Attached hereto as Exhibit "A" is a copy of an Affidavit of Service which reflects service of the Report and Recommendation on Plaintiff.

      Should the Court have any questions, please do not hesitate to contact the undersigned.

                                                  Respectfully submitted,

                                                  /s/ Tyler J. Kandel
                                                  Tyler J. Kandel

Sills Cummis & Gross
A Professional Corporation

Honorable Katharine H. Parker
October 2, 2019
Page 2

TJK/msk
Enclosure
cc: **Via ECF And First-Class Mail w/ Enclosure**
	Mr. Kyle Piunti, *Plaintiff, Pro Se*