UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE PIUNTI,

                            Plaintiff,

-against-

JP MORGAN CHASE BANK, N.A.,

                            Defendant.

**ORDER**

19-CV-2483 (PGG) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2019

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On October 1, 2019, the undersigned issued a Report and Recommendation recommending that the instant action be dismissed for failure to prosecute. Accordingly, the status conference scheduled for **November 4, 2019** is cancelled. The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.

**SO ORDERED.**

Dated: November 4, 2019
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge